**Opinion issued September 13, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00464-CV

———————————

**TARRIS WOODS, Appellant**

**V.**

**SANDRA T. KENNER, Appellee**

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Case No. PR-0075144-A**

---

## MEMORANDUM OPINION

Appellant, Tarris Woods, representing that he no longer desires to pursue his

appeal, has filed an unopposed motion to dismiss the appeal. No other party has

filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.